STATE OF NEW JERSEY, BY THE COMMISSIONER OF
TRANSPORTATION v. MORRIS SILVER.

February 19, 1982.

Petition for certification granted.

EDWARD J. BESHADA, ET AL. v. JOHNS–MANVILLE
PRODUCTS CORPORATION, ET AL.

February 25, 1982.

Leave to appeal is granted.   (See 182 *N.J.Super.* 376)

EARL BECKWITH, ET AL. v. BETHLEHEM
STEEL CORP., ET AL.

February 25, 1982.

Leave to appeal is granted.   (See 182 *N.J.Super.* 376)

STATE OF NEW JERSEY v. CORNELIUS N. McDONNELL.

March 2, 1982.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division to consider the appeal on the merits.   Jurisdiction is not retained.